ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Plaintiff
GOOD JOB GAMES BILISM YAZILIM VE
PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES,<br><br>Plaintiff,<br><br>v.<br><br>VIREDE LLC,<br><br>Defendant. | Case No.: 4:19-CV-02283-HSG<br><br>**PLAINTIFF GOOD JOB GAMES' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   April 26, 2019 |

1  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Good Job Games Bilism Yazilim ve Pazarlama A.S. hereby voluntarily dismisses the above-captioned action in its entirety with prejudice.  This notice of dismissal is being filed with the Court before service by Defendant Virede LLC of either an answer or motion for summary judgment.  Each party shall bear its own attorneys' fees and costs.

Dated: July 17, 2019                                   Respectfully submitted,


By: */s/ Eric Ball*
    Eric Ball
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA 94041
    Tel.:  (650) 988-8500
    Fax.:  (650) 938-5200

Attorneys for Plaintiff
Good Job Games Bilism Yazilim ve Pazarlama A.S.

ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Plaintiff
GOOD JOB GAMES BILISM YAZILIM VE
PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES,<br><br>Plaintiff,<br><br>v.<br><br>VIREDE LLC,<br><br>Defendant. | Case No.: 4:19-CV-02283-HSG<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  April 26, 2019 |

**[PROPOSED] ORDER**

1. The claims alleged by Good Job Games Bilism Yazilim ve Pazarlama A.S. in their Complaint filed on April 26, 2019 (Dkt. 1) in this action entitled *Good Job Games Bilism Yazilim ve Pazarlama A.S. v. Virede LLC*, Case No. 4:19-CV-02283-HSG, are hereby dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, in connection with this action.

**IT IS SO ORDERED.**

Dated:_____, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge