1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  FENWICK & WEST LLP
   801 California Street
3  Mountain View, CA 94041
   Telephone:   650.988.8500
4  Facsimile:   650.938.5200

5  Attorneys for Plaintiff
   GOOD JOB GAMES BILISM YAZILIM VE
6  PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S. d/b/a/ GOOD JOB GAMES,<br><br>Plaintiff,<br><br>v.<br><br>VIREDE LLC,<br><br>Defendant. | Case No.: 4:19-CV-02283-HSG<br><br>**ORDER DISMISSING COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: April 26, 2019 |

# ORDER

1. The claims alleged by Good Job Games Bilism Yazilim ve Pazarlama A.S. in their Complaint filed on April 26, 2019 (Dkt. 1) in this action entitled *Good Job Games Bilism Yazilim ve Pazarlama A.S. v. Virede LLC*, Case No. 4:19-CV-02283-HSG, are hereby dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, in connection with this action.

**IT IS SO ORDERED.**

Dated: July 18, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge